LIFSHITZ BROS., INC., Respondent, *v.* AMERICAN STOVE COMPANY Appellant.

(Submitted March 23, 1931; decided March 31, 1931.)

*Max Epstein* for motion.

*M. M. Wardell* opposed.

Motion denied, without costs.

JOHN JENNINGS, an Infant, by MICHAEL JENNINGS, His Guardian ad Litem, Appellant, *v.* ALBERT DELANEY, Respondent.

(Submitted March 23, 1931; decided March 31, 1931.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 255 N. Y. 626.)